IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, | No. C 07-01186 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 10, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 26, 2007</u>.

DESIGNATION OF EXPERTS: <u>4/11/07</u>; REBUTTAL: <u>4/30/07</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>May 23, 2008</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 15, 2008</u>;

Opp. Due <u>February 29, 2008</u>; Reply Due <u>March 7, 2008</u>;

and set for hearing no later than <u>March 31, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 10, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 23, 2008</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall meet and confer re: protective order. If counsel is unable to agree, the Court will enter the District Court's standard order.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge