1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  LAWRENCE HECIMOVICH, State Bar #129688
   ADELMISE WARNER, State Bar #215385
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3933
   Facsimile:    (415) 554-4248
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO and
9  HEATHER FONG

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

13 | CLAYTON HARMSTON, an individual; | Case No. C 07-01186 SI
   | et al.,
14 |                                   | **STIPULATION AND PROPOSED**
   |         Plaintiffs,               | **ORDER TO CONTINUE CASE**
15 |                                   | **MANAGEMENT CONFERENCE**
   |    vs.
16 | CITY AND COUNTY OF SAN
   | FRANCISCO, HEATHER FONG, an
17 | individual, and DOES 1-50,
18 |         Defendants.

19

20

...

1

STIPULATION RE CMC - CASE NO. C 07-01186 SI

c:\documents and settings\lhecimov\local
settings\temp\notese1ef34\070612.stip
for cmc.ab.doc

WHEREAS, Plaintiffs and Defendants ("the parties") agree and hereby stipulate to continue the case management conference in this matter currently set for August 10, 2007 to **September 7, 2007**, based on the vacation schedules of the lead attorneys for both parties,

**IT IS SO STIPULATED**

Dated: June 12, 2007

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

By: _____
LAWRENCE HECIMOVICH
Deputy City Attorney
Attorneys for Defendants

Dated: June 12, 2007

LAW OFFICES OF WAUKEEN McCOY

By: ___/s/ Waukeen Q. McCoy_____
WAUKEEN Q. McCOY
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
Honorable Susan Illston
United States District Court
Northern District of California