WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
The Central Tower
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiffs Clayton Harmston, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, an individual; *et al.*<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br><br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, an individual, and DOES 1-50<br>　　　　Defendants. | Case No. C 07-01186 SI<br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATES AND MODIFYING BRIEFING SCHEDULE**<br><br>Date Action Filed: August 10, 2006<br><br>Trial Date: June 23, 2008 |

1

## STIPULATION

WHEREAS, Plaintiff's counsel is unavailable for any purpose on August 3, 2007, the date the Court set hearing on plaintiff's motion to amend and the defendant's motion to dismiss.[1]

WHEREAS, all parties to this action agree and hereby stipulate that hearing on both outstanding motions will be continued to September 21, 2007.

WHEREAS, all parties agree that plaintiff's opposition to defendant's FRCP Rule 12c motion to dismiss can be filed on or before Tuesday, July 17, 2007, and defendant's reply brief will still be filed on or before Friday, July 20, 2007.

The parties respectfully request that the Court set a hearing date of September 21, 2007, for plaintiff's motion for leave to amend the complaint and defendant's motion for judgment on the pleadings, with plaintiff's opposition to defendant's motion for judgment on the pleadings due for filing on or before Tuesday, July 17, 2007, and defendant's reply brief still due to be filed on or before Friday, July 20, 2007.

Dated: 7/13/07

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
ADELMISE ROSEMÉ WARNER
Deputy City Attorneys

By: LAWRENCE HECIMOVICH

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

---

[1] Plaintiff's notice of unavailability was filed on July 3, 2007, as docket number 17, and covers the period from July 20, 2007 through August 7, 2007. Defendants filed their notice of unavailability on July 5, 2007, as docket number 18, for the period from August 6, 2007, through August 22, 2007.

2

Dated: July 12, 2007

LAW OFFICES OF WAUKEEN Q. McCOY

_____/s/_____
WAUKEEN Q. McCOY, ESQ.

**ORDER**

**GOOD CAUSE APPEARING ON THE STIPULATION, IT IS SO ORDERED.**

Dated: _____   *[signature: Susan Illston]*

THE HONORABLE COURT

3