WAUKEEN Q. McCOY, ESQ. (SBN: 168288)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market St. Suite 1407
San Francisco, CA 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, an individual; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, an individual, and DOES 1-50,<br><br>Defendants. | Case No. C 07-01186 SI<br><br>**MOTION TO ENLARGE TIME TO FILE REPLY BRIEF; DECL. OF MCCOY; [PROPOSED] ORDER**<br><br>Date: September 21, 2007<br>Time: 2:00 p.m.<br>Dept: Courtroom of the Honorable Susan Illston [Courtroom 10, 19th Floor] |

Plaintiffs filed their motion for third amend complaint on July 24, 2007. The hearing for this matter is scheduled for September 21, 2007. Pursuant to Local Rule 7, the Defendants opposition was due on August 31, 2007. However, the Defendants did not file their opposition until September 4, 2007. Pursuant to Local Rule 7, Plaintiffs' Reply Brief was due on September 7, 2007. Unfortunately, as a result of Defendant's untimely filing Plaintiffs Reply Brief was also untimely filed. To that end, plaintiffs' untimely filing was the result of excusable neglect and should be excused under *Federal Rule of Civil Procedure* 6(b).

To determine whether neglect is excusable, a court must consider four factors: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good

Motion to enlarge time
Case No. C 07-01186 SI
1

faith." <u>Bateman v. U.S. Postal Serv.</u>, 231 F.3d 1220, 1223-24 (9th Cir.2000) (citing <u>Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship</u>, 507 U.S. 380, 395, 113 S.Ct. 1489, 123 L.Ed.2d 74 (1993). Here, the length of delay was not great and the Defendants have not been prejudiced by the late filing; on the contrary, Plaintiffs' late filing was a result of Defendants filing their Opposition late, and Plaintiffs acted in good faith.

Based on the foregoing it would be in the best interest of justice for the Court to enlarge time to allow Plaintiffs to file their Reply Brief in this matter.

Dated: September 14, 2007                     LAW OFFICES OF WAUKEEN McCOY


_____/s/_____
WAUKEEN McCOY
ATTORNEY FOR PLAINTIFFS

## DECLARATION OF WAUKEEN McCOY

1. I am an attorney at law licensed to practice in the State of California and before this district. I have personal knowledge of the facts herein and if called could and would testify to the following.

2. Plaintiffs filed their motion for leave to file a third amended complaint on July 24, 2007. The matter was set for hearing on September 21, 2007, in part to accommodate defense counsel's August vacation schedule.

3. Defendant filed their opposition to the motion on September 4, 2007. Under the Local Rules, this Opposition was untimely.

4. As a result of defendant's late filing, plaintiffs were not able to meet the September 7, 2007, deadline to file their Reply under the Local Rules. However, plaintiffs have now filed their reply on September 14, 2007.

5. Plaintiffs acted in good faith and were only delayed due to the late-filed opposition. No party is prejudiced by this late filing. Good cause exists to permit plaintiffs to file this late reply.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2007         By:_____/S/_____

Motion to enlarge time
Case No. C 07-01186 SI

3

## [PROPOSED] ORDER

Good cause appearing, plaitniff's motion to enlarge the time to file a reply brief to defendant's opposition to the motion for leave to file a third amended complaint is hereby GRANTED.

*Susan Illston*
_____

THE HONORABLE COURT

Motion to enlarge time
Case No. C 07-01186 SI

5