DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar # 83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
ADELMISE ROSEMĒ WARNER, State Bar #215385
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3933
Facsimile: (415) 554-4248
E-Mail: larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLAYTON HARMSTON, an individual; et al., | Case No. C07-01186 SI |
|---|---|
| Plaintiffs, | *E-FILING CASE* |
| vs. | **DEFENDANTS' EX PARTE APPLICATION REQUESTING PERMISSION TO FILE UNDER SEAL LETTER BRIEF AND ATTACHMENTS** |
| CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, an individual, and DOES 1-50, | Date: September 27, 2007<br>Time: 4:00 p.m.<br>Courtroom: 10, 19th Fl.<br>Hon. Susan Illston |
| Defendants. | Trial Date: June 23, 2008 |

Defendants City and County of San Francisco, and Heather Fong ("Defendants") hereby move the Court for an order permitting Defendants to file their September 25, 2007 letter brief and attached exhibit comprising excerpts from the confidential deposition of San Francisco Police Chief Heather Fong in this matter. A copy of the letter brief was lodged with the Court on September 25, 2007 and was simultaneously hand-served on the Law Offices of Waukeen McCoy, counsel for Plaintiffs.

Chief Fong's deposition transcript was marked as "CONFIDENTIAL" pursuant to the terms of this Court's August 20, 2007 Stipulated Protective Order.

Accordingly, Defendants respectfully request that the Court issue an order permitting them to file under seal those documents lodged separately with the Court on September 25, 2007, and retain these documents under seal until further order of the Court.

Dated: September 26, 2007

> DENNIS J. HERRERA
> City Attorney
> ELIZABETH S. SALVESON
> Chief Labor Attorney
> LAWRENCE HECIMOVICH
> ADELMISE ROSEMÉ WARNER
> Deputy City Attorneys
>
> By: s/Lawrence Hecimovich
>     LAWRENCE HECIMOVICH
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, and
> HEATHER FONG

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA