IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, et al.,<br><br>  Defendants.<br>                                                                  / | No. C 07-01186 SI<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR STAY OF THE COURT'S ORDER TO PAY SANCTIONS** |

Currently before the Court is plaintiffs' motion for a stay of the Court's November 6, 2007 Order requiring attorney Waukeen McCoy and plaintiff Andrew Cohen to pay sanctions for their violations of a protective order. Plaintiffs seek the stay because plaintiffs have filed a notice of appeal of this order and because plaintiffs' motion for clarification of the sanction ruling is currently scheduled for January 18, 2008. The Court agrees with plaintiffs that it is appropriate to stay the Court's order to pay sanctions until the Court rules on plaintiffs' motion for clarification. The stay will not be granted with respect to plaintiffs' appeal, however. No other rulings contained in the November 6, 2007 Order are stayed. In addition, the Court does not see a need to hold a status conference at this time.

**IT IS SO ORDERED.**

Dated: November 28, 2007

SUSAN ILLSTON
United States District Judge