IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, et al., | No. C 07-01186 SI |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO STRIKE, REDUCING AMOUNT OF SANCTIONS, AND GRANTING IN PART DEFENDANTS' MOTION RE: DEPOSITION COSTS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants.       / | |

Plaintiffs have filed a motion to strike the declaration of Lawrence Hecimovich. The motion is scheduled for hearing on April 25, 2008. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing.

Plaintiffs have put forth no affirmative evidence of wrongdoing by defendants' attorneys or evidence that defendants' attorneys did not accurately state the number of hours spent on the motion for sanctions. The Court therefore DENIES plaintiffs' motion to strike. That said, the Court finds that defendants' attorneys may have spent too many hours working on the sanctions issue. In its discretion, the Court will reduce the total number of hours claimed by Mr. Hecimovich by 40 hours, for a total reduction of $7,760. This leaves in place a sanctions award of $15,217.42.

In addition, defendants have filed a letter brief requesting that the Court order plaintiffs to pay $300 in court reporter costs incurred when plaintiffs' attorney Waukeen McCoy canceled a deposition in or around October 2007. Mr. McCoy agreed to pay the $300 in a letter to the Court dated November 1, 2007, but has not done so. The Court does not agree with Mr. McCoy's contention that this cost dispute was settled when the Court denied cross-motions for sanctions, and hereby orders Mr. McCoy

to pay the $300 already promised for his non-appearance. Defendants' motion for additional sanctions in the form of attorney's fees is DENIED.

Hence, plaintiff Andrew Cohen and his counsel, Waukeen McCoy, are jointly and severally obliged to pay $15,217.42 to defendants, forthwith, by way of sanctions, and Waukeen MCoy is obliged to pay $300 to the defendants, forthwith, based on his promise to do so in his November 1, 2007 letter.

**IT IS SO ORDERED.**

Dated: April 21, 2008

SUSAN ILLSTON
United States District Judge

2