DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar # 83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
ADELMISE ROSEMĒ WARNER, State Bar #215385
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3933
Facsimile: (415) 554-4248
E-Mail: larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLAYTON HARMSTON, an individual; et al., | Case No. C07-01186 SI |
|---|---|
| Plaintiffs, | *E-FILING CASE* |
| vs. | **DEFENDANTS'** ***EX PARTE*** **APPLICATION REQUESTING PERMISSION TO FILE UNDER SEAL DECLARATION OF LAWRENCE HECIMOVICH ATTACHMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, an individual, and DOES 1-50, | |
| Defendants. | |

1  Defendants City and County of San Francisco, and Heather Fong ("Defendants") hereby move the Court for an order permitting Defendants to file under seal two confidential memoranda from Sergeant Edward Santos to Chief of Police Heather Fong dated April 12 and 13, 2006. Those confidential memoranda are attachments to Exhibit B to the Declaration of Lawrence Hecimovich In Support of Defendants' Objection to Special Master's Pre-Trial Order. Copies of the confidential memoranda were lodged with the Court on May 29, 2008 marked "CONFIDENTIAL" pursuant to the terms of this Court's August 20, 2007 Stipulated Protective Order. .

Accordingly, Defendants respectfully request that the Court issue an order permitting them to file Sergeant Santos' memoranda under seal, and retain these documents under seal until further order of the Court.

Dated: May 29, 2008

>  DENNIS J. HERRERA
>  City Attorney
>  ELIZABETH S. SALVESON
>  Chief Labor Attorney
>  LAWRENCE HECIMOVICH
>  ADELMISE ROSEMÉ WARNER
>  Deputy City Attorneys
>
>  By: s/Lawrence Hecimovich
>  LAWRENCE HECIMOVICH
>
>  Attorneys for Defendants
>  CITY AND COUNTY OF SAN FRANCISCO, and
>  HEATHER FONG

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

_/s/ Susan Illston_
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA