IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, | No. C 07-01186 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 10, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 15, 2008.

DESIGNATION OF EXPERTS: 12/05/08; REBUTTAL: 12/15/08.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 9, 1009.

DISPOSITIVE MOTIONS **SHALL** be filed by October 17, 2008;

Opp. Due October 31, 2008; Reply Due November 7, 2008;

and set for hearing no later than November 21, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 13, 2009 at 3:30 PM.

JURY TRIAL DATE: January 20, 2009 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties were granted leave to file briefs up to 30 pages for the motion to remand.

Plaintiff has agreed to pay the sanctions by July 31, 2008 and Defendant shall prepare an order indicating such.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge